**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   8:20-cv-02201-CJC-DFM                              Date  3/30/2021

Title     JAMES RUTHERFORD V. LEW ANAHEIM PROPERTY, LLC ET AL

Present: The Honorable CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING ACTION ON PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE/NOTICE OF SETTLEMENT

Having been advised by a Plaintiff's Response to Order to Show Cause/Notice of Settlement [18] that the case has been settled in its entirety, the Court hereby orders this action dismissed without prejudice. The Court further orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for forty-five (45) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

_ : _
Initials of Deputy Clerk:  cw